Mark D. Parker
Parker, Heitz & Cosgrove, PLLC
401 N. 31st St., Suite 805
P.O. Box 7212
Billings, MT 59103-7212
Phone: (406) 245-9991
Facsimile: (406) 245-0971
Email: markdparker@parker-law.com

*Attorneys for National Board of Medical Examiners*

FILED
4/20/2022
Clerk, U.S. District Court
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TESSA ZOLNIKOV,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | CV-22-35-BLG-SPW-TJC<br><br>**DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, defendant National Board of Medical Examiners ("NBME") states that it is a private non-profit corporation with no parent corporation and no shareholders; accordingly, no publicly held corporation owns 10% or more of its stock.

///

///

DATED this 20th day of April, 2022

                        */s/ Mark D. Parker*
                        Mark D. Parker
                        *Attorneys for National Board of Medical Examiners*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Removal was served on the following recipient on this 20th day of April, 2022 by placing a true and correct copy of same in the U.S. mail, postage prepaid:

Robert Farris-Olsen
Morrison Sherwood Wilson Deola, PLLP
401 N. Last Chance Gulch
Helena, MT  59601

Attorney for Petitioner Tessa Zolnikov

/s/ *Mark D. Parker*
Mark D. Parker