Barb Halverson
Clerk of District Court
506 Main street
Roundup, MT 59072
(406)323-1413

CLERK OF DISTRICT COURT
BARB HALVERSON

2022 APR 25 P 2: 24

FILED
BY _____ 
DEPUTY

## MONTANA 14th JUDICIAL DISTRICT COURT, MUSSELSHELL COUNTY

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TESSA ZOLNIKOV, ) | Cause No. DV-21-17 |
| Plaintiff, ) | |
| Vs. ) | **TRANSFER RECEIPT** |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | |
| Defendant. ) | |

Attorney for Defendant, Mark D. Parker filed a Notice of Filing Notice of Removal. The undersigned hereby certifies that on April 25, 2022 this complete file, Musselshell County cause number DV-2020-100, is sent via File transfer Service to:

U.S District Court, District of Montana
2601 2nd Avenue, N, Suite 1200
Billings, MT 59101

DATED this __25__ day of __April__, 20__22__.

Barb Halverson

_____
By: Clerk of District Court

Cc: Counsel – email
 Amanda M. Carrillo –
  File transfer service

4

| Date: | 4/25/2022 | | | | | | User: BHALVERSON |
|---|---|---|---|---|---|---|---|
| Time: | 02:28 PM | | Musselshell County District Court | | | | |
| Page 1 of 1 | | | Case Register Report | | | | |
| | | | DV-33-2020-0000100-DS | | | | |
| | | | **Tessa Zolnikov vs. National Board Of Medical Examiners** | | | | |

Filed: 12/3/2020
Subtype: Damages

### Status History

| | | |
|---|---|---|
| Open | | 12/3/2020 |
| Closed | | 4/20/2022 |

### Plaintiffs

Pl. no. 1  Zolnikov, Tessa

**Attorneys**
Farris-Olson, Robert         (Primary attorney)   Send Notices

### Defendants

Def. no. 1  National Board Of Medical Examiners,

### Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 12/3/2020 | Spaulding, Randal I. | Current |

### Register of Actions

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 12/03/2020 | 12/03/2020 | Complaint And Jury Demand | Spaulding, Randal I. |
| 2.000 | 12/03/2020 | 12/03/2020 | Summons: National Board Of Medical Examiners (Return 4/7/2022) | Spaulding, Randal I. |
| 3.000 | 04/20/2022 | 04/20/2022 | Notice of Filing Notice of Removal | Spaulding, Randal I. |
| 4.000 | 04/25/2022 | 04/25/2022 | Transfer Receipt | Spaulding, Randal I. |

.