Robert Farris-Olsen
Morrison, Sherwood, Wilson & Deola, PLLP
P.O. Box 557
Helena, MT  59624
(406) 442-3261 Phone
(406) 443-7294 Fax
rfolsen@mswdlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TESSA ZOLNIKOV,<br><br>                              Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>                              Defendant. | CV-22-35-BLG-SPW-TJC<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Comes now, Plaintiff Tessa Zolnikov, through counsel, and moves this Court to extend the time for her to respond to Defendant's Motion to Dismiss (Dckt. 6). Plaintiff respectfully requests that this Court extend the deadline to file the response to. The from May 18, 2022 to **June 1, 2022.**

The reason for this motion is because the undersigned's child is not allowed at school due to a Covid-19 exposure.

Opposing counsel has been contacted and does not object.

Dated this 16th day of May 2022.

By:     Robert Farris-Olsen
          Robert Farris-Olsen
          *Attorney for Plaintiffs*