# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BENEDICT THIELEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HORIZON CREDIT UNION; and JOHN DOES 1-10,<br><br>　　　　Defendants. | Cause No: 22-cv-0028-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff has moved the Court for an extension of time to respond to the Defendant's Motion to Dismiss, up to and including June 1, 2022. As the Motion is unopposed, and finding good cause,

IT IS HEREBY ORDERED that Plaintiff shall respond to the Defendant's Motion to Dismiss on or before **June 1, 2022**.

Dated this ____ day of May 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge