IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TESSA ZOLNIKOV,<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br><br>          Defendant. | CV  22-35-BLG-SPW-TJC<br><br><br>**ORDER** |

Plaintiff has filed an unopposed motion for extension of time to respond to Defendant's motion to dismiss.  (Doc. 9.)  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file her response by June 1, 2022.

IT IS ORDERED.

DATED this 16th day of May, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge