Robert Farris-Olsen
Morrison, Sherwood, Wilson & Deola, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624
Phone: (406) 442-3261

*Attorneys for Tessa Zolnikov*

Mark D. Parker
Parker, Heitz & Cosgrove, PLLC
401 N. 31st St., Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Phone: (406) 245-9991

*Attorneys for National Board of Medical Examiners*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TESSA ZOLNIKOV,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | CV-22-35-BLG-SPW-TJC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Tessa Zolnikov and defendant National Board of Medical Examiners hereby jointly stipulate to the

-1-

dismissal of this action, with each side to bear its own fees and expenses. The dismissal applies to all claims asserted by the plaintiff and is with prejudice. So stipulated:

    DATED: January 12, 2023

                                  Respectfully submitted,

                                  *s/ Robert Farris-Olsen*
                                  Robert Farris-Olsen
                                  Morrison, Sherwood, Wilson & Deola, PLLP
                                  401 North Last Chance Gulch
                                  P.O. Box 557
                                  Helena, MT  59624
                                  Phone:  (406) 442-3261
                                  Email:  rfolsen@mswdlaw.com

                                  *Attorneys for Tessa Zolnikov*

                                  *s/ Mark D. Parker*
                                  Mark D. Parker
                                  Parker, Heitz & Cosgrove, PLLC
                                  401 N. 31st St., Suite 805
                                  P.O. Box 7212
                                  Billings, Montana 59103-7212
                                  Phone: (406) 245-9991
                                  Email: markdparker@parker-law.com

                                  *Attorneys for National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on January 12, 2023, on the Court's ECF system, which will send notification of such filing to all attorneys of record in this case.

*s/ Mark D. Parker*