IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TESSA ZOLNIKOV,<br><br>            Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>            Defendant. | CV 22-35-BLG-SPW<br><br>ORDER |

Upon the Joint Stipulation of Dismissal with Prejudice (Doc. 14) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and expenses.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as moot.

DATED this 12th day of January, 2023.

                                                    *Susan P. Watters*
                                                    SUSAN P. WATTERS
                                                    U. S. DISTRICT JUDGE